**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LUIS ROCHA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 08-866-GPM |
| | ) |
| TODD SCOTT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

In a prior Memorandum and Order, Plaintiff was notified that, pursuant to *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007), the Court would sever Counts 2 and 3 of the complaint from this action, open separate cases for those claims, and assess filing fees for those new cases, unless Plaintiff moved to voluntarily dismiss these Counts (*see* Doc.11). The time for responding to the Court's notification has passed; Plaintiff has not voluntarily dismissed Counts 2 and 3.

Accordingly, Count 2 is **ORDERED SEVERED** from this cause of action and the Clerk of Court is **DIRECTED** to open Count 2 as a separate action and assign a new case number. A filing fee will be assessed against Plaintiff for this new action. The details regarding the payment of filing fees and Plaintiff's *in forma pauperis* status will be designated by separate Order in the newly severed action.

Count 3 is **ORDERED SEVERED** from this cause of action and the Clerk is **DIRECTED** to open Count 3 as a separate action and assign a new case number. A filing fee will be assessed against Plaintiff for this new action, as well. The details regarding the payment of filing fees and

Plaintiff's *in forma pauperis* status will be designated by separate Order in the newly severed action.

**IT IS SO ORDERED.**

DATED: 06/22/09

*s/ G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge