## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

LUIS ROCHA,                                )
                                           )
       **Plaintiff,**            )
                                           )
vs.                                        )     **CIVIL NO. 08-cv-866-GPM**
                                           )
TODD SCOTT, *et al.*,                      )
                                           )
       **Defendants.**           )

# <u>ORDER OF DISMISSAL</u>

**MURPHY, District Judge:**

This matter is before the Court on Plaintiff's motion to voluntarily dismiss his complaint (Doc. 16). Defendants have not served an answer or a motion to dismiss, therefore, voluntary withdrawal of his complaint is Plaintiff's right pursuant to Rule 41(a)(1)(A)(i).

This action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED TO CLOSE THIS CASE.**

**IT IS SO ORDERED.**

**DATED**: 6/30/09

                                      s/ *G. Patrick Murphy*
                                      G. Patrick Murphy
                                      United States District Judge